REALTY & COMMERCIAL CO. v. WINTER et al. (two cases).

(Supreme Court, Appellate Term, First Department. March 4, 1915.)

1. COURTS (§ 190*) — MUNICIPAL COURTS — APPEALABLE ORDERS — RETAXING COSTS.
   An order of the Municipal Court, retaxing costs, is not appealable.
   [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190;* Appeal and Error, Cent. Dig. § 103.]

2. COURTS (§ 190*)—MUNICIPAL COURTS—TIME FOR APPEAL.
   The time for an appeal from a judgment of the Municipal Court does not begin to run until judgment is completed by the entry of, or refusal to enter, costs.
   [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190;* Appeal and Error, Cent. Dig. § 103.]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Two actions by the Realty & Commercial Company against Benjamin Winter and others. From orders directing a retaxation of costs, plaintiff appeals. Appeals dismissed.

Argued February term, 1915, before GUY, PENDLETON, and SHEARN, JJ.

Hillquit & Levene, of New York City (Alexander Levene, of New York City, of counsel), for appellant.

Bershad & Gossett, of New York City (Morris E. Gossett, of New York City, of counsel), for respondents.

GUY, J. [1] The landlord herein appeals from an order in each of these actions which directed a retaxation of the disbursements of the landlord at the sum of $10 in each case, and refused to direct the clerk to retax disbursements more than said sum of $10. The appeals must be dismissed, as no appeal will lie from an order retaxing costs. Averbuck v. Hochlick, 63 Misc. Rep. 327, 117 N. Y. Supp. 187; Kaliski v. Kaufman, 62 Misc. Rep. 274, 114 N. Y. Supp. 811.

[2] The argument of the appellant, that the time in which to appeal from a judgment might possibly be abridged if a motion made for a retaxation of costs was not decided until the expiration of 14 days from the time it was submitted, is fallacious. The judgment of a

Municipal Court is not complete until costs are entered (Allen v. Wells Fargo Express Co., 48 Misc. Rep. 610, 95 N. Y. Supp. 597), and therefore the time in which an appeal can be taken would not begin to run until judgment was completed by the entry of, or refusal to enter, the costs.   See People ex rel. Solomon v. Land, 109 App. Div. 706, 96 N. Y. Supp. 555.

Appeals dismissed, with $10 costs in each case.   All concur.